# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION FUND, )
*et al.*, )
      Plaintiffs, )
)
v. )    Civil Action No. 1:19cv88
)
AIDRONIC TEST & BALANCE, INC., )
      Defendant. )

## ORDER

On May 23, 2017, United States Magistrate Judge John F. Anderson entered a Report and Recommendation ("Report") in this ERISA case, recommending that default judgment be entered on behalf of plaintiff.

Upon consideration of the record and Judge Davis's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Doc. 18).

Accordingly,

It is hereby **ORDERED** that plaintiffs' motion for default judgment (Dkt. 13) is **GRANTED**.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

It is further **ORDERED** that defendant is **DIRECTED** to comply with plaintiffs' audit request and that defendant remit payment for any contributions and resulting interest and liquidated damages resulting from the audit of defendant's payroll records.

The Clerk of the Court is directed to enter Rule 58 judgment against defendant and in favor of plaintiffs in the amount of $22,293.75, which consists of $13,316.41 in delinquent contributions, $2,663.30 in liquidated damages, $708.37 in prejudgment interest, $134.91 in late fees, $4,796.59 in attorney's fees, and $647.17 in attorney's costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, VA
June 10, 2019

T. S. Ellis, III
United States District Judge